TO:     All Judges, Clerks of Court, and Counsel of Record

FROM:   Thomas F. Tierney

DATE:   March 3, 2008

RE:     NOTICE OF LEAVE OF ABSENCE

FILED
CLERK

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, THOMAS F. TIERNEY, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel the he will be on leave pursuant to Georgia Uniform Court Rule 16.1.

1. The period of time during which time Applicant will be away from the practice of law are:

| Date | Reason for leave |
|---|---|
| July 16, 2008 through August 4, 2008 | Vacation |
| November 24, through December 1, 2008 | Vacation |
| December 22 through January 5, 2009 | Vacation |

2. All affected judges and opposing counsel shall have ten days form the date of this
notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted,

Thomas F. Tierney
Georgia Bar No.  712129
Attorney at Law

Thomas F. Tierney
340 N. Jeff Davis Drive
Fayetteville, GA 30214
770-716-9111

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks, and opposing counsel listed on the attached Exhibit "A", by depositing the same in the U.S. Mail with adequate postage affixed thereto.

This 24th day of March, 2008.

Thomas F. Tierney
Georgia Bar No. 712129
Attorney at Law

Thomas F. Tierney
340 N. Jeff Davis Drive
Fayetteville, GA 30214
770-716-9111

## EXHIBIT "A"

**CASE STYLE**  **OPPOSING PARTY/COUNSEL**

## SUPERIOR COURT OF FAYETTE COUNTY

Marlene Head and Charles Head v.
Fayette Community Hospital,
Inc., Peter S. Harvey, M.d., Mary
Ann Best, R.N.
Civil Action File No. 2007V-0680E

Lori G Cohen, Esq.
Christiana C. Jacxsens, Esq.
Greenberg Traurig, LLP
Suite 400-The Forum
3290 Northside Parkway
Atlanta, GA 30327

M. Scott Bailey, Esq.
Jeffrey D. Braintwain, Esq.
Huff, Powell & Bailey, LLC
1355 Peachtree St., NE, Suite 2000
Atlanta, GA 30309

Hon. Paschal A. English, Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

Ronald J. Banister v. Nancy Jayne
Carman Banister
Civil Action File No. 2007V-1749(C)

W. Thomas Lacy Jr.
300 Prime Point, Suite 100
Peachtree City, GA 30269

Hon. Johnnie L. Caldwell Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

Stacey Evans v. Solomon Smallwood
Civil Action File No. 2002 1110 C

Ivory Brown, Esq.
3340 Peachtree Rd. NE
Suite 1800
Atlanta, GA 30326

                                              Hon. Johnnie L. Caldwell Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Bruce Ferguson v. Linda Ferguson</u>        Patrick J. Fox, Esq.
Civil Action File No. 2007V-1522(H)        McNally, Fox & Grant
                                              100 Habersham Drive
                                              Fayetteville, GA 30214

                                              Hon. Tommy R. Hankinson
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Christopher Schneider v. Marion Schneider</u>  Paige Norwood Jennings, PC
Civil Action Fiile No. 2007V-0429C          1800 Peachtree Street, NW
                                              Suite 300
                                              Atlanta, GA 30309

                                              Hon. Johnnie L. Caldwell, Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

                                              Linda Roeding Wells, Esq.
Guardian ad Litem
111 Petrol Point
Suite 204
Peachtree City, GA 30269

<u>Beverly Fodor V. Stephen Fodor</u>           Christopher John Ramig, Esq.
Civil Action File No. 2006V-1396C          100 Knight Way #608
                                              Fayetteville, GA 30214

                                              Hon. Johnnie L. Caldwell, Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Carrie Jackson v. David E. Jackson</u>      Lisa Harwell, Esq.
Civil Action File No. 2006V-1291H          12 Jackson Street
                                              Newnan, GA 30263

                                                                  Hon. Tommy R. Hankinson
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Richard C. Jones v. Bonnie Long Jones</u>    Carlton H. Jones, III
Civil Action File No. 2007V-1556E            Collins and Jones, LLC
                                                                   7 West Broad Street
                                                                    Fairburn, GA 30213

                                                                    Hon. Paschal A. English, Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Philip Cortland LaMee v.</u>                         Patrick J. Fox, Esq.
<u>Margaret Lynn Roberts LaMee</u>              McNally, Fox & Grant
Civil Action File No. 2007V-0517H           100 Habersham Drive
                                                                    Fayetteville, GA 30214

                                                                    Hon. Tommy R. Hankinson
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

<u>Bennie Lee Maye v. Katherine Hudson-Maye</u>    Joseph R. Baker, Esq.
Civil Action File No. 2007V-0402C           118 North Avenue
                                                                    Suite C
                                                                    Jonesboro, GA 30236

                                                                    Hon. Johnnie L. Caldwell, Jr.
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

Irene Martin v. Gordon Martin
Civil Action File No. 2007V-0403CE

Lisa K. Inagawa
Ison & Inagawa, P.A.
211 Prime Point
Building 2, Suite A
Peachtree City, GA 30269

Hon. Christopher C. Edwards
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

## SUPERIOR COURT OF COWETA COUNTY

Christina Asby V. Paul Hammond Asby
Civil Action No. 2007-V-139

Christopher D. Brown, Esq.
Law Office of John B. Miller
P.O. Box 142908
Fayetteville, GA 30214

Shelton V. Shelton
Civil Action File No. 06-V-1733

Delia T. Crouch, Esq.
8 Lee Street
Newnan, GA 30263

Hon. A. Quillian Baldwin
72 Greenville Street
Newnan, GA 30263

## SUPERIOR COURT OF HENRY COUNTY

Nina Endow V. Modou Endow
Civil Action File No. 06-CV-4242W

Mr. Modou Endow
100 Bay Court Drive
Stockbridge, GA 30281

## SUPERIOR COURT OF COBB COUNTY

Eric Jackson v. Adreinne Jackson
Civil Action File No. 07-1-10653 99

Adreinne Jackson
4009 Chelsea Lane
Marietta, GA 30062

## UNITED STATES BANKRUPTCY COURT

All pending Bankruptcy Cases Including:

John Robert Baker, Jr. -Case No. 07-12554
Barry A. Barnes - Case No. 07-12425
Kathleen Barlow - Case No.
Scott H. and Laura K. Bishop - 07-12106
Angelo E. Bowe - Case No. 07-12385
Knox Brand, Jr. - Case No. 08-10215
Susan A. Bright - Case No. 07-12907
Sandra S. Culpepper - Case No. 07-10298
Joseph J. and Susan M.Gagliardi - Case No. 07-12708
Arnita E. Goggins - Case No. 07-10847
Clifton Wesley Hodges - 08-10310
Eric Joseph Jackson - Case No. 07-77229
Dale L. and Gary L. King - Case No. 07-12499
Nathan Komula - Case No. 07-12979
Cassandra Morgan - Case No. 07-73683
Charles Larry Moss - Case No. -
Jamie L. Mulkey and Shawn R. Witmer - Case No. 07-74074
Jitendra D. Patel - Case No. 06-73089
Diane Matthews-Pendelton - Case No. 08-10259
Stephen B. and Susan L. Powell - Case No. 06-11949
Travis W. and Lupita H. Revels - Case No. 07-12908
Monica Jane Scarbrough - Case No. 07-12548
Tina Shelton - Case No. 07-12794
Richard Stephens - Case No. 08-10104
Susan Wilson Tucker - Case No. 07-65536
Azalea Walker - Case No. 07-71679
Jack Whitton - Case No. 07-80885
Candice V. and Robert A. Williams - Case No. 07-13026
Wayne Alton Yarian - Case No. 07-13160

Hon. W. Homer Drake
U.S. Courthouse
75 Spring Street
Atlanta, GA 30303

W. Yvonne Evans
Clerk, Bankruptcy Court
1340 U.S. Courthouse
75 Spring Street
Atlanta, GA 30303

Clerk, Bankruptcy Court
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

Adam Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street, N.W.
Atlanta, GA 30303

Griffin E. Howell, III
127 ½ East Solomon Street
P.O. Box 551
Griffin, GA 30224

Theo D. Mann
Chapter 7 Trustee
28 Jackson Street
P.O. Box 310
Newnan, GA 30264-0310

Gary W.Brown
Harwell, Brown & Harwell, P.C.
12 Jackson Street
Newnan, GA 30263

Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Robert Trauner
Trauner, Cohen & Thomas, L.L.P.
Suite 500 - The Palisades
5901-C Peachtree Dunwoody Rd.
Atlanta, GA 30328


Barbara B. Stalzer
Baker Church & Stalzer
Suite N-4
555 Sun Valley Drive
Roswell, GA 30076


Neil C. Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363


Harry W. Pettigrew
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, GA 30031


Paul H. Anderson, Jr.
Suite 850, One Georgia Center
600 W. Peachtree Street, NW
Atlanta, GA 30308


## STATE COURT OF CLAYTON COUNTY

| | |
|---|---|
| Apex Supply Company, Inc., | Eric N. Van De Water, Esq. |
| d/b/a Home Depot Supply v. | Pursley Lowery Meeks, LLP |
| Preferred Plumbing Services, Inc. | 260 Peachtree Street, N.W. |
| Civil Action File No. 2007CV00238C | Suite 2000 |
| | Atlanta, GA 30303 |

|  |  |
|---|---|
|  | Hon. John Carbo<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 |
| <u>Plumbing Distributors, Inc. v.</u><br><u>Preferred Mechanical Inc.</u><br><u>f/k/a Preferred Mechanical Services Inc.</u><br><u>Judson W. Byrd, Jr.</u><br>Civil Action File No. 2007CV00904D | James W. Martin, Esq.<br>Simpson Law Offices, LLP<br>One Securities Centre, Suite 300<br>3490 Piedmont Road, N.E.<br>Atlanta, Georgia 30305 |
|  | Hon. Linda S. Cowen<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 |

**PROBATE COURT OF FULTON COUNTY**

|  |  |
|---|---|
| <u>In the Matter of Curtis Wendell Whittington</u><br><u>Deceased</u><br>Estate No. 204295 | David R. Trippe, Esq.<br>P.O. Box 193<br>Sautee Nacoochee, GA 30571 |
|  | Ann J. Herrera, Esq.<br>Russell & Herrera, P.C.<br>201 Swanton Way<br>Decatur, GA 30030 |
|  | Frank Bradford, Esq.<br>P.O. Drawer 6937<br>Marietta, GA 33065 |
|  | Hon. Pinkie T. Toomer<br>185 Central Avenue, S.W.<br>Suite T-2705 |

Atlanta, GA 30303

## SUPERIOR COURT OF FULTON COUNTY

Meglich v. Meglich
Civil Action File No. 2007CV-128902

Margaret Meglich
6250 White Mill Road
Fairburn, Georgia 30213

Hon. Melvin K. Westmoreland
185 Central Avenue
Atlanta, GA 30303

Paul Moore/The Estate of Marie T. Moore v.
Phillip Moore and BB&T
Civil Action No. 2008 CV-146686

Phillip Moore
2995 Slaton Drive
Atlanta, Georgia 30305